**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Telephone:    (818) 532-6499
E-mail: jpafiti@pomlaw.com
*- additional counsel on signature page -*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOTFY ARBAB, Individually and on Behalf of All Others Similarly Situated,<br><br>                                      Plaintiff,<br><br>    vs.<br><br> AQUA METALS, INC., THOMAS MURPHY, MARK WEINSWIG, and STEPHEN R. CLARKE,<br><br>                                      Defendants | Case No.<br><br><br>**CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br><br>JURY TRIAL DEMANDED |

Plaintiff Lotfy Arbab ("Plaintiff"), individually and on behalf of all other persons similarly situated, by Plaintiff's undersigned attorneys, for Plaintiff's complaint against Defendants (defined below), alleges the following based upon personal knowledge as to Plaintiff and Plaintiff's own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through Plaintiff's attorneys, which included, among other things, a review of the Defendants' public documents, conference calls and announcements made by Defendants, United States Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding Aqua Metals, Inc. ("Aqua Metals" or the "Company"), analysts' reports and advisories about the Company, and information readily obtainable on the Internet. Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

1

### NATURE OF THE ACTION

1.      This is a federal securities class action on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired common shares of Aqua Metals between May 19, 2016 and November 9, 2017, both dates inclusive (the "Class Period"). Plaintiff seeks to recover compensable damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder.

2.      Aqua Metals was purportedly formed to engage in the business of recycling lead through a novel process called "AquaRefining." The Company claims that it has focused its efforts on developing and testing the AquaRefining process, developing a business plan, raising working capital, and developing its initial lead acid battery, or LAB, recycling facility in the Tahoe Regional Industrial Center, in McCarran, Nevada.

3.      Founded in 2014, the Company is headquartered in Alameda, California, and its stock trades on the NASDAQ Capital Market ("NASDAQ") under the ticker symbol "AQMS."

4.      Throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies.  Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) the Company was touting the business value of the Interstate Battery Partnership and the JCI Partnership; (ii) the Company was aware of and ignoring material unresolved deficiencies in the AquaRefining technology and process preventing large scale development; (iii) the Company was experiencing numerous execution and operational issues preventing scaling and production ramp up at its facility; (iv) the Company was unable to produce and generate revenue from its core business therefore remaining unprofitable; and (v) as a result, Aqua Metals' public statements were materially false and misleading at all relevant times.

5.      On May 9, 2017, after the market closed, Aqua Metals issued a press release entitled "Aqua Metals Provides First Quarter 2017 Corporate Update." Therein, the Company stated that it was "currently in the process of scaling up production of AquaRefined lead to 120 tons/day by the end of 2017."

6.      On the same day, the Company held a conference call to discuss its Q1 2017 results. On the call, Defendant Stephen R. Clarke ("Clarke"), the Chairman and Chief Executive Officer ("CEO") of Aqua Metals, stated that the Company experienced some "issues" and "challenges" as it ramped up its recycling process. Specifically, Clarke stated that "it took longer than we planned to get the breaking and separation up and running" since the Company's AquaRefining process "needed to achieve [a] much higher degree of separation than is normal in this industry." Another challenge was that the Company "needed to rethink and rework the input conveyor to the breaker to upgrade it to support the higher feed rates that we want to achieve to manage 160 tons a day of lead production."

7.      On this news, Aqua Metals' share price fell $4.34, or roughly 26%, to close at $12.31 on May 10, 2017.

8.      On August 9, 2017, after the market closed, Aqua Metals issued a press release entitled "Aqua Metals Provides Second Quarter 2017 Corporate Update." Therein, the Company revealed that it was "currently in the process of scaling up AquaRefining operations to include 16 modules by the end of 2017," but made no mention of "120 tons/day" as it did in its Q1 2017 press release.

9.      On the same day, the Company held a conference call to discuss its Q2 2017 results. On the call, Clarke stated that "AquaRefining works. We've got four modules operating now." Clarke also disclosed that the Company was considering "operat[ing] the overall facility with an output of less than 120 tons a day" in order to optimize profitability. Clarke further disclosed that, contrary to the Company's earlier representation that breaking and separation were "up and running," in fact, the

Company had made and installed improvements such that "breaking and separation is now operational," and "breaking and separation is operating reliably."

10.     On this news, Aqua Metals' share price fell $2.56, or 23.6%, to close at $8.31 on August 10, 2017.

11.     On October 23, 2017, the Company issued a press release entitled "Aqua Metals Provides Update on Plant's Operations." Therein, the Company stated that "[f]our modules are assembled, commissioned and are being used to determine the optimal operating parameters, including electrolyte pH, lead concentration, operating temperature, electrolyte flow rate and free acid levels." However, the Company disclosed that Aqua Metals had only "produced small quantities of AquaRefined lead during the commissioning process" and that "under certain conditions, the operators would need to periodically assist the lead removal." The Company further stated that "Aqua Metals' production process has multiple stages prior to AquaRefining, including battery breaking, separation, desulphurization, and electrolyte production" and disclosed that it was "in the process of synchronizing all of these stages, which is critical to maximizing efficiency, optimizing working procedures and minimizing waste."

12.     On this news, Aqua Metals' share price fell $0.96, or 17.9%, to close at $4.41 on October 23, 2017.

13.     On November 9, 2017, after the market closed, Aqua Metals issued a press release entitled "Aqua Metals Provides Third Quarter 2017 Corporate Update." Therein, the Company revealed that it "faced . . . many challenges as [it] worked to ramp up production."

14.     On the same day, the Company held a conference call to discuss its Q3 2017 results. On the call, Clarke revealed that "the four operating modules are being used to . . . accelerate updates aimed at providing a level of robustness suitable for operating by third parties with non-specialist operators," and to "map out operating parameters and performance over the full range of operating

4

conditions." An analyst asked Clarke about the "utilization rate" of the four modules. Clarke responded by stating that "[w]e're not providing individual tonnage per day, utilization rates or any of that data." Clarke also stated on the call that "the battery breaker is now running consistently seven days a week." An analyst asked "how many tons per day are you guys currently running through the battery breaking system and through the entire process?" Clarke responded: "No. At this time we have provided all the color that we're willing to provide at this point."

15.    On this news, Aqua Metals' share price fell $0.08, or 2.1%, to close at $3.71 on November 10, 2017.  The stock price continued to decline on the following trading days, falling $0.13 per share (3.5%) on November 13, 2017, and $0.58 per share (16.2%) on November 14, 2017, to close at $3.00 per share on November 14, 2017.

16.    As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's common shares, Plaintiff and other Class members have suffered significant losses and damages.

**JURISDICTION AND VENUE**

17.    The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the Exchange Act (15 U.S.C. §§78j(b) and §78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5).

18.    This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §1331 and §27 of the Exchange Act.

19.    Venue is proper in this Judicial District pursuant to §27 of the Exchange Act (15 U.S.C. §78aa) and 28 U.S.C. §1391(b).  Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District. Many of the acts charged herein, including the dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District. In addition, the Company's principal executive offices are in this Judicial District.

20.     In connection with the acts, conduct and other wrongs alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mail, interstate telephone communications and the facilities of the national securities exchange.

## PARTIES

21.     Plaintiff, as set forth in the accompanying Certification, purchased Aqua Metals securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosure.

22.     Defendant Aqua Metals is incorporated in Delaware, and the Company's principal executive offices are located at 1010 Atlantic Avenue, Alameda, California 94501.  Aqua Metals' common stock trades on the NASDAQ under the ticker symbol "AQMS."

23.     Defendant Clarke has served at all relevant times as the Company's CEO, President and Chairman of the Board.

24.     Defendant Mark B. Weinswig ("Weinswig") has served as the Company's Chief Financial Officer ("CFO") since August 10, 2017.

25.     Defendant Thomas Murphy ("Murphy") served as the Company's CFO and Director from the beginning of the Class Period until August 10, 2017.

26.     The Defendants referenced above in ¶¶ 23-25 are sometimes referred to- herein as the "Individual Defendants."

27.     The Individual Defendants, because of their positions with the Company, possessed the power and authority to control the contents of Aqua Metals' reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, i.e., the market. The Individual Defendants were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and

opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading. The Individual Defendants are liable for the false statements pleaded herein

## SUBSTANTIVE ALLEGATIONS

### Background

28.     Aqua Metals was purportedly formed to engage in the business of recycling lead through a novel process called "AquaRefining." The Company claims that it has focused its efforts on developing and testing the AquaRefining process, developing a business plan, raising working capital, and developing its initial lead acid battery, or LAB, recycling facility in the Tahoe Regional Industrial Center, in McCarran, Nevada

29.     AquaRefining aims at using bio-degradable aqueous solvent and a novel ambient temperature electro-chemical process to produce pure lead (with higher than 99.99% purity).

### Materially False and Misleading Statements Issued During the Class Period

30.     The Class Period begins on May 19, 2016, when Aqua Metals issued a press release ("May 2016 Press Release") announcing a partnership between Interstate Battery System International, Inc. ("Interstate Battery") and Aqua Metals ("Interstate Battery Partnership"). The press release stated in relevant part:

> ALAMEDA, Calif., May 19, 2016 (GLOBE NEWSWIRE) -- Aqua Metals, Inc. (NASDAQ: AQMS) (Aqua Metals), which is commercializing a non-polluting electrochemical lead recycling technology called AquaRefining™, today announced the signing of definitive agreements with Interstate Batteries. Interstate Batteries is the No. 1 replacement battery brand, the largest independent battery distribution system in North America and the country's leading battery recycler.
>
> ***Upon the closing of these agreements, Interstate Batteries has agreed to supply more than a million automotive and other lead-acid batteries as feedstock for Aqua Metals' AquaRefineries. This partnership will start with Aqua Metals' first***

7

*AquaRefinery, which will be located in Nevada's TahoeReno Industrial Complex (TRIC) and is set to open in July 2016.* Interstate Batteries will also make a strategic investment of approximately $10 million into Aqua Metals.

\*\*\*

"Interstate Batteries seeks out innovation, pursues opportunities and invests in the technology we need to succeed not just today, but also tomorrow," said Scott Miller, president and CEO of Interstate Batteries. ***Our focus is on the future of our industry and continued growth. Aqua Metals' breakthrough technology is a promising new way for recycling lead-acid batteries."***

Aqua Metals' patent-pending AquaRefining process is an environmentally friendly electrochemical process for recycling lead-acid batteries. ***AquaRefining is a closed-loop, room temperature, water-based recycling method that is fundamentally non-polluting, yet able to yield nearly 100 percent lead recovery.***

"With its forward-thinking environmental goals, broad distribution network and strong brand name, Interstate Batteries is an ideal partner for us as we scale our business," said Dr. Stephen Clarke, chairman and CEO of Aqua Metals. ***"As we grow, we are able to create a more sustainable ecosystem for lead as a power source.*** We look forward to growing our partnership with Interstate Batteries."

(Emphasis added.)

31.    Following this press release and in response to what appeared at the time as positive news, the price per share of Aqua Metals increased $2.26, or close to 29%, from a close of $7.80 on May 18, 2016, to a close of $10.06 on May 19, 2016.

32.    On August 2, 2016, Aqua Metals issued a press release announcing the opening of the Tahoe-Reno Industrial Center ("TRIC") in McCarran, Nevada ("August 2016 Press Release"). The press release stated in relevant part:

ALAMEDA, Calif., Aug. 02, 2016 (GLOBE NEWSWIRE) -- Aqua Metals, Inc. (NASDAQ:AQMS) (Aqua Metals), which is commercializing a non-polluting electrochemical lead recycling technology called AquaRefining™, held an open house at its first AquaRefinery at the Tahoe-Reno Industrial Center (TRIC) in McCarran, Nevada. AquaRefining is the world's first environmentally friendly process to recycle lead-acid batteries (LABs).

\*\*\*

"The first AquaRefinery at TRIC is an exciting start to a cleaner future for the lead industry," said Stephen Clarke, CEO of Aqua Metals. "Lead-acid batteries are over 99% recyclable, but until now, there has been no way to recycle lead in an environmentally friendly fashion. With this AquaRefinery and more expected to come, Aqua Metals is doing its part to create the most sustainable battery

8

technology the world has ever seen, while also providing economic benefits to recyclers, manufacturers and distributors."

The proprietary AquaRefining technology extracts lead from LABs with a room temperature, closed-loop, water-based process that results in vast reductions of hazardous waste and direct human contact with the lead itself. The process produces lead that is as pure as – or purer than – mined lead, requiring no secondary processing. Battery Systems Inc. has a 200,000 square foot battery distribution and collection facility adjacent to Aqua Metals' TRIC facility. Interstate Batteries, which made a $10 million investment into Aqua Metals, has already committed to provide used LABs to recycle at the facility. Interstate Batteries controls 20 percent of the lead-acid battery recycling market in the United States.

*** 

"This first-ever AquaRefinery has the potential to change our industry, and our planet," said Scott Miller, president and CEO of Interstate Batteries. "While we've been in the battery business for more than six decades, Interstate continues to seek out innovation and invest in technology for today, and tomorrow. ***Because Aqua Metals' breakthrough technology is so promising, Interstate Batteries is supplying more than a million automotive and other lead-acid batteries to the AquaRefinery over the next year.*** We feel we're making a smart investment in our future, and in the future of our industry."

(Emphasis added.)

33.     On November 1, 2016, after the market close, Aqua Metals issued a press release also attached as Exhibit 99.1 to a Form 8-K filed with the SEC ("November 2016 Press Release") announcing production of the first refined lead at the TRIC. The press release stated in relevant part:

**ALAMEDA, Calif.** – November 1, 2016 – Aqua Metals (NASDAQ: AQMS) today announced that it has produced the first-ever AquaRefined lead at its flagship AquaRefinery in McCarran, Nevada. AquaRefining is a water-based, room-temperature process and is the only clean lead recycling method.

***"This is a major milestone – not just for our company, but for the entire industry,"*** said Dr. Stephen R. Clarke, Chairman and CEO of Aqua Metals. ***"Our commercial-scale AquaRefining modules have the potential to revolutionize lead recycling and make lead-acid batteries the only truly sustainable battery technology. We are confident that our lead products will exceed the most rigorous industry specifications.*** I am extremely proud of our entire team for making this dream a reality."

AquaRefining uses an entirely reusable water-based technology to produce ingots of ultrapure lead. Through its own on-site assay, Aqua Metals has verified that the lead produced in the AquaRefining module is over 99.99 percent pure. The Company will send its initial production samples to several U.S. battery manufacturing companies—which collectively represent over 50 percent of U.S. battery production—to allow them to conduct their own assays.

9

Aqua Metals previously demonstrated the effectiveness of its technology at bench scale, pilot scale and with a single, full-size electrolyzer. ***The Company has now produced high-quality AquaRefined lead with a commercial-scale AquaRefining module at its facility in the Tahoe-Reno Industrial Center in Nevada.***

"This is the most critical step in the commissioning process of the Nevada AquaRefinery," Dr. Clarke continued. "Over the coming weeks we plan to fully integrate the front-end battery-breaking portion of the facility."

(Emphasis added.)

34. On February 9, 2017, Aqua Metals issued a press release ("February 2017 Press Release"), announcing a battery recycling technology partnership between Johnson Controls International plc ("Johnson Controls" or "JCI") and Aqua Metals ("JCI Partnership"). The press release stated in relevant part:

"ALAMEDA, Calif., Feb. 9, 2017 /PRNewswire/ -- Johnson Controls (JCI), finalized an agreement covering North America, China and Europe for a cuttingedge electrochemical battery recycling technology. Under terms of a multifaceted deal, the company is investing in Aqua Metals (AQMS).

\*\*\*

***"Our partnership with Johnson Controls is a tremendous step forward and is an opportunity for us to work with the global leader in automotive battery manufacturing and responsible recycling,"*** said Dr. Stephen Clarke, chairman and CEO of Aqua Metals. "We will build on this exciting relationship in order to enable clean and efficient battery recycling around the world."

Under the agreement Johnson Controls will also:

- Become the first licensee for AquaRefining™ technology
- Supply Aqua Metals with batteries to recycle as a service, as part of the Johnson Controls closed-loop network
- Purchase AquaRefined™ metals produced from Aqua Metals' facilities
- Acquire just under 5 percent of Aqua Metals outstanding shares
- "Agreements like this are a part of our continuing strategy to invest in clean technologies, building on our commitment to create a more sustainable and environmentally responsible industry," said Joe Walicki, president of Johnson Controls Power Solutions.

Aqua Metals, which recently opened its first plant in McCarran, Nevada, uses an advanced electrochemical process for recycling batteries. ***As it scales up capacity, Aqua Metals plans to hire hundreds of employees for existing and future operations across the United States."***

(Emphasis added.)

10

35.     Following this press release and in response to what also appeared at the time as positive news, the price per share of Aqua Metals increased $4.75, or approximately 41.6%, from a close of $11.41 on February 8, 2017, to a close of $16.16 on February 9, 2017.

36.     On February 14, 2017, Aqua Metals issued a press release, also attached as exhibit 99.1 to the Form 8-K filed with the SEC announcing the Company's financial and operating result for the fiscal fourth quarter and fiscal year ended December 31, 2016 ("FY 2016 Press Release"). For the year, the Company reported a net loss of $13.6 million, compared to a net loss of $12.3 million in the previous fiscal year. The FY 2016 Press Release stated in relevant part:

> **ALAMEDA, Calif., February 14, 2016** – Aqua Metals, Inc. (NASDAQ: AQMS), which is commercializing a non-polluting electrochemical lead recycling technology called AquaRefining™, has provided a corporate update and announced results for the fourth quarter and fiscal year ended December 31, 2016.
>
> **Company Highlights:**
>
> - Successfully commissioned and in the process of scaling up production of AquaRefined lead at AquaRefinery 1 in McCarran, Nevada at the Tahoe Reno Industrial Center (TRIC)
>
> - Signed a strategic partnership covering North America, China and Europe with Johnson Controls, the world's largest manufacturer of automotive batteries. Under the agreements, Johnson Controls has invested $10.6 million for approximately 5% of Aqua Metals outstanding shares; become the first licensee for AquaRefining technology; agreed to supply Aqua Metals with batteries to recycle as a service; and agreed to purchase AquaRefined metals produced from Aqua Metals' facilities.
>
> - Signed a strategic partnership with Interstate Batteries, the No. 1 replacement battery brand, the largest independent battery distribution system in North America and the country's leading battery recycler. Under the agreements, Interstate Batteries made a strategic investment of approximately $10.0 million into Aqua Metals, and agreed to supply lead-acid batteries as feedstock to Aqua Metals.
>
> **Management Commentary**
>
> *"2016 was a pivotal year for the company, as we successfully built, commissioned and began producing products at the world's first AquaRefinery and deepened our strategic relationships with major players throughout the industry,"* said Dr. Stephen Clarke, Chairman and CEO of Aqua Metals. *"Our partnerships, most recently with Johnson Controls—the global leader in automotive battery manufacturing and responsible recycling— and Interstate*

> ***Batteries—the largest independent battery distribution system in North America and the country's leading battery recycler. — and Battery Systems Inc. – one of the largest independent battery distributors in the U.S. effectively rounds out a sustainable ecosystem for the automotive lead acid battery industry and provides a level of supply and off-take to support our expansion of AquaRefinery 1 and the construction of additional facilities.***

(Emphasis added.)

37.     The same day, during a conference call to discuss the Company's financial and operating result for the fiscal fourth quarter and fiscal year ended December 31, 2016 ("FY 2016 Conf. Call"), Aqua Metals' CEO, Defendant Clarke commented about the production:

> Thank you, Greg and welcome everybody to the 2016 year-end conference call. One of the headlines today is that the first ever AquaRefinery located at Tahoe Reno Industrial Center, has moved from commissioning to operational. ***That means that we are breaking batteries and making lead from the batteries that we've broken, both from -- both metallic lead and Aqua-refined lead. It's continuing to ramp-up.*** We are not at full scale yet and there is more work to be done.
>
> ***
>
> So moving on. So let's talk about our Tahoe, Reno facility. ***As I mentioned at the start, it's now running we have transitioned out of a mostly startup phase into a commissioning phase, into an operational phase.***

(Emphasis added.)

38.     During the Q&A session, analyst Bhakti Pavani from Euro-Pacific Capital, Inc. inquired about a "blueprint date" for the JCI Partnership to which Defendant Clarke responded in relevant part:

> **Bhakti Pavani**
> Got it. Okay. Thank you. Wanting to talk about the Johnson Control agreement, I know in the 8-K you did mention about there would be a mutually agreed blueprint date, especially with the equipment supply agreement. Have you guys -- could you maybe provide more color on what kind of timeline are we talking about?
>
> **Stephen Clarke**
> ***Well we're on it already. I'm not going to get into two much more detail on that. We are -- both parties are working hard on this. We'll be making announcement on that in a few days.***

(Emphasis added.)

39.     Defendant Clarke then provided details on the technology, to assure investors about the overcoming of major challenges and operability of the process:

12

So our process is fundamentally different. We use a breaker while we use exactly the same source and equipment but our process runs wetter. And what we produce from our breaker is different in a key respect. We make the lead paste which is the active material in a batteries, lead acid, lead sulfate and spongy lead and co-compounds of those.

We also separate out metallic lead which is the good lead and the top lead. That is actually quite high value lead alloy, it's going to be produce back into good lead and it starts soft as good lead and one of the advantages of our process is we don't have to do anything more to that, other than [indiscernible] turn into ingots and sell it as lead alloy.

The other stack is that lead paste runs through a process that we've been calling desulphurization and then from there runs in to AquaRefining from which it's ingoted. One of the key point here is that the process that we call desulphurization in many respect is fundamentally different from the processes that operate in a smelter.

We have to take -- we choose to take much higher level of the sulfur out and we do some other proprietary steps to that paste before we put into our AquaRefining process. So one of the key process is here that we have to develop and scale was that multi-step desulphurization process.

So moving on and talk a little bit about what we learned along the way. So it was the first kind, and we were surprised. There were a number of surprises encountered as we built this and we are a few months later than we hoped we would be in commissioning and transitioning TRIC from startup to operations. And I'm just want to talk about some of the lessons learned there.

So starting with the input side, we spent some time dealing with jams on the conveyor belt for the breaker, calibrating the several sourcing steps in that. We had some issues with seals and bearing which required redesign and change outs. ***And we accomplished all of that in six months, which I believe is quite remarkable given industry standards.*** Then in the processes, transporting the lead paste from the breaker through desulphurization we had a number of redesign issues around pumps and materials handling and various other aspects as we learned that there are some differences in handling our paste input to desulphurization from a convention dry powder.

The desulphurization itself is a multi-step process. I'm not going to break it down because it's proprietary but this really was the first time that we operate this at scale. ***We've been able to run the AquaRefining systems because it's modular for several years now*** and to dial that technology in one of biggest challenges we had is that the desulphurization process operates in 40 to 80 tons a day of throughput. This is something you can't really pilot or even test in a lab. It has to be built or worked out in real-time. ***It's a unique process and the big news is that we've got that dialed in now and it's operating. That means that we can provide feedstock to the AquaRefiners and make AquaRefined lead.***

(Emphasis added.)

13

40.     During the FY 2016 Conf. Call, Defendant Clarke emphasized the importance of the JCI Partnership and the Interstate Battery Partnership, stating in relevant part:

> So now I'll talk about the JCI agreements. There is really three phases to this, the first agreement is a tolling and lead purchase agreement in which JCI provides feedstock on a tolling basis. That means they provide the batteries and provide a fee for us to convert those batteries into lead that we provide back to JCI.
>
> ***
>
> What does it all mean? Well, we have been working on this agreement with JCI for a number of months now, and looking at the tolling lead purchase agreement, I alluded for this a moment ago, it pretty much gives us all the supply. *If we take what we've got with Interstate Batteries and Battery Systems Inc., and then lay on top, the demand and supply and off-take with JCI, it gives everything that we need to scale from 160 tons to 800 tons a day.*
>
> As we've been talking to JCI for a number of months, we've been talking to providers of debt and non-dilutive finance for a number of months and we're looking at a $250 million package of finance, which really needs a high credit worthy third party to supply the batteries and take a lead. And so we believe that the bond we have with JCI and Interstate and Battery Systems Inc., actually meets a prerequisites for the supply and off-take part of a $250 million nondiluting finance package that will take us from AquaRefinery [. . .] there is a lot promising to actually close any particular debt finance package, but it certainly moves as a giant step forward to be able secure that.

(Emphasis added.)

41.     On March 2, 2017, Aqua Metals filed a Form 10-K with the SEC announcing the Company's financial and operating results for the fiscal fourth quarter and fiscal year ended December 31, 2016 ("2016 10-K"), which was signed and certified under the Sarbanes Oxley Act of 2002 by Defendants Clarke and Murphy. Throughout the 2016 10-K, the Company reapproved the previous statements.

42.     On May 9, 2017, after the market closed, Aqua Metals issued a press release, also attached as exhibit 99.1 to the Form 8-K filed with the SEC announcing the Company's financial and operating result for the fiscal first quarter ended March 31, 2017 ("Q1 2017 Press Release"). For the quarter, the Company reported a net loss of $4.9 million, compared to a net loss of $2.2 million for the previous year's comparable quarter. The Q2 2017 Press Release stated in relevant part:

14

**ALAMEDA, Calif.,** May 9, 2017 – Aqua Metals, Inc. (NASDAQ: AQMS), which is commercializing a non-polluting electrochemical lead recycling technology called AquaRefining™, has provided a corporate update and announced results for the first quarter ended March 31, 2017.

**Company Highlights**

- Began production at AquaRefinery 1 in McCarran, Nevada at the Tahoe Reno Industrial Center (TRIC). The company is currently in the process of scaling up production of AquaRefined lead to 120 tons/day by the end of 2017.

- In the first quarter of 2017, signed a strategic partnership covering North America, China and Europe with Johnson Controls, the world's largest manufacturer of automotive batteries. Under the agreements, Johnson Controls invested $10.6 million for approximately 5% of Aqua Metals outstanding shares, and agreed to become the first licensee for AquaRefining technology, supply Aqua Metals with batteries to recycle as a service and purchase AquaRefined metals produced from Aqua Metals' facilities.

***

**Management Commentary**

*"With the world's first AquaRefinery now in commercial operation and generating revenue, we are aggressively scaling up operations and ramping our capacity to reach 120 metric tonnes per day by the end of 2017,"* said Dr. Stephen Clarke, Chairman and CEO of Aqua Metals. "We currently have shifts A and B completely staffed, and plan to complete our recruitment efforts for shifts C and D in the next month. Since day one, we've remained focused on building a team and the proper foundation, which would allow us to rapidly expand our innovative lead recycling technology and deliver better quality solutions to our partners and the market as a whole.

*"Given we have all of the necessary permitting in place and the support provided by strategic partnerships with some of the largest players in the battery industry,* we are taking the opportunity to implement the lessons learned during commissioning of AquaRefinery 1 which will accelerate our roll-out of additional facilities. These improvements and our ongoing work with our strategic partners is creating a blueprint for future facilities – both for our own and for our partners. Our goal is to roll-out facilities in the rest of North America, China, the European Union and elsewhere, based upon this blueprint."

Clarke, continued: *"Since our last update, we've not only expanded our current strategic relationships, but continued discussions with potential strategic partners in complementary areas, which could help us accelerate expansion.* As a technology company, we are keenly focused on delivering high value products that can be used for advanced battery applications. With this in mind, we recently announced our acquisition of Ebonex, which we acquired for the purpose of accelerating the development and testing of our nano-structured lead as a high performance active material and potentially use their Ebonex™ material as a complimentary additive. Through this acquisition, our goal is to develop

15

technology, equipment and processes that will eventually allow our customers to deliver 'better' batteries.

> ***"For the remainder of 2017, we plan to ramp up production at AquaRefinery 1 and to prepare for accelerated build-out of additional facilities, while concurrently moving forward with our plans for additional AquaRefineries,*** securing non-dilutive financing to accommodate our growth and finalizing our plan to retrofit a to-be-named recycling facility with our strategic partner in 2018."

(Emphasis added.)

43.     The statements referenced in ¶¶ 30-42 above were materially false and/or misleading because they misrepresented and/or failed to disclose the following adverse facts pertaining to the Company's business, operational and financial results, which were known to Defendants or recklessly disregarded by them. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) the Company was touting the business value of the Interstate Battery Partnership and the JCI Partnership; (ii) the Company was aware of and ignoring material unresolved deficiencies in the AquaRefining technology and process preventing large scale development; (iii) the Company was experiencing numerous execution and operational issues preventing scaling and production ramp up at its facility; (iv) the Company was unable to produce and generate revenue from its core business therefore remaining unprofitable; and (v) as a result, Aqua Metals' public statements were materially false and misleading at all relevant times.

## The Truth Begins to Emerge

44.     On the same day, May 9, 2017, during a conference call to discuss the Company's financial and operating result for the fiscal first quarter ended March 31, 2017 ("Q1 2017 Conf. Call"), Aqua Metals' CEO, Defendant Clarke described a long list of unresolved and/or partially resolved issues the Company was in fact facing with the development of its technology, stating in relevant part:

> On the next slide I am going to go through some of the improvements that we developed and ***some of the issues we faced and the challenges that we had as we ramped up this process.*** So anybody who has worked in the battery recycling industry knows that breakers break. Breaking and separation is the most challenging process for any battery recycling Company. And what we can say is it

took longer than we planned to get the breaking and separation up and running, but actually considerably shorter than industry norms. *One of the challenges that was unique to us that we faced is that, because we don't have a smelter, we don't have a furnace, we needed to achieve much higher degree of separation than is normal in this industry.*

And what I mean by that is our plastic had to be clean plastic with no lead oxide and no lead dust on it. Our metallic lead had to be metallic lead with no plastic and no lead oxide and no lead sulfate on it. Our lead compounds had to be lead oxide, lead sulfate and other lead compounds with no plastic and no metallic lead in it. That's a really tough order and we achieved it. And we worked very closely with Wirtz Engineering who have been tremendous in this operation. We asked them to do things that no other battery breaking Company has ever been asked to do. It took us a while to get there but we achieved it and we developed and implemented numerous, far too numerous to mention, upgrades to support what is essentially an industry-leading level of separation. And we think that's something that we are working actually on developing to know how and maybe even some IP down the line. But when we talk about breaking and separation we are operating at levels of separation that we don't know of anybody else in the industry even close to.

One of the other things that we -- well, a couple of other things that we have done in the breaking and separation areas, we figured out fairly early on that to be able to operate over 24 hours and match timing of phasing between breaking and the next stages down the line, we needed to improve and upgrade our holding tanks, which we are doing, with higher capacity holding tanks with better mixing. One of the other issues that we faced, we needed to rethink and rework the input conveyor to the breaker to upgrade it to support the higher feed rates that we want to achieve to manage 160 tonnes a day of lead production. Initially we undersized that because we planned for 80 tonnes a day. And rather than stop when we are at scale we thought we would upgrade it sooner rather than later.

Looking at the aqua preparation, which is where we make the electrolyte, we were later -- quite a bit later and slower in being able to bring this online. *Initially because of intermittent supply from the breaker, without consistent high quality lead compounds from the breaker it's very difficult to commission the processes that turn that and turn it into electrolyte. We weren't idle though. Whilst we had this spare time and capacity we actually used that to switch to an improved and lower cost chemistry for our desulfurization and separization technology which is a real big benefit down the line.* And we learned some tough lessons on tank mixing and filtration which needed to be changed and upgraded to improve reliability, but the aqua preparation now is up and running.

Similarly with AquaRefining, those of you who followed us knew that we had a module online in October and we were struggling to -- with intermittent supply from both aqua preparation, which was struggling with intermittent supply from the breaker, to get sufficient electrolyte up and running to commission all of the modules. *So we were limited to only have the electrolyte to run a single module until that opportunity, again to learn, to improve and to implement.* So we used that delay in commissioning the additional AquaRefining modules to test and implement numerous upgrades that have improved potential liability, lifetime, reduced cost and improved consistency of operation.

17

And last but not least, again, same theme here, we were struggling to commission the ingot casting process because, again, of intermittent supply of processed lead. We've now got all of that and the ingot casting is -- commissioning is underway. So moving on, the AquaRefinery that we are working towards and we are on track to be at 120 metric tons a day by the end of the year, I want to say by the end of the year. We are hoping to be there sooner than that. But essentially where we are at now is modules five to 16 are being assembled to the latest engineering standard. Ingoting is being commissioned.

(Emphasis added.)

45.    On the release of the news, the stock price declined $4.34 from a close of $16.65 per share of Aqua Metals stock on May 9, 2017, to a close of $12.31 per share on May 10, 2017, a drop of approximately 26%.

46.    On August 9, 2017, Aqua Metals issued a press release, also attached as exhibit 99.1 to the Form 8-K filed with the SEC announcing the Company's financial and operating result for the fiscal second quarter ended June 30, 2017 ("Q2 2017 Press Release"). For the quarter, the Company reported a net loss of $8.4 million, compared to a net loss of $2.9 million for the previous year's comparable quarter. Additionally, the Company reported revenue of $603,000. The Q2 2017 Press Release stated in relevant part:

**ALAMEDA, Calif., August 9, 2017** – Aqua Metals, Inc. (NASDAQ: AQMS), which is commercializing a non-polluting electrochemical lead recycling technology called AquaRefining™, has provided a corporate update and announced results for the second quarter ended June 30, 2017.

**Company Highlights**

- Recognized our first revenues from AquaRefinery 1 at the Tahoe Reno Industrial Center (TRIC) in McCarran, Nevada.
- As of July, the Company had four AquaRefining modules commissioned and in operation. The Company is currently in the process of scaling up AquaRefining operations to include 16 modules by the end of 2017.

***

**Management Commentary**

*"In the second quarter, the company faced and overcame many challenges as we worked to ramp up production.* With four AquaRefining modules now online and our front-end processes operational, we are totally focused on commissioning the balance of the 16 AquaRefining modules and the production of AquaRefined lead. With the operational experience we have gained, we are able to start planning the

supply of modules to licensees. The progress that we made is all down to the hard work, creativity and dedication of the team we have built and the continued support of our partners," said Dr. Stephen Clarke, Chairman and CEO of Aqua Metals.

**Second Quarter 2017 Financials**

***Total revenues in the second quarter of 2017 were $603,000, which represents the first commercial revenues generated by the company.***

(Emphasis added.)

47.     The same day, during a conference call to discuss the Company's financial and operating result for the fiscal second quarter ended June 30, 2017 ("Q2 2017 Conf. Call"), Aqua Metals' CEO, Defendant Clarke while overly-optimistic, disclosed another list of unresolved and/or partially resolved issues with the process, in relevant part:

So the headlines there are that, breaking and separation is now operational. We mentioned before in previous earnings calls that we would identify some issues around conventional breaking and we were making some improvements - and we've done that, they are installed successfully on - and I'm pleased to say that breaking this operation is operated reliably.

                                    ***

And I'm pleased to say that right now we're operating what we believe to be the best-in-class in battery breaking and separation. And in fact, I didn't expect this to be at this position in having our own IP around battery breaking and separation and this is important to us in the sense that if we are building our own standalone AquaRefining facilities, ***than we need the ability to break and separate batteries at a far higher standard than its currently commercially available elsewhere and we will achieve that, that's important.***

***Those improvements will continue and our expectation is that over the next two or three years will be continuing to make improvements in battery breaking and separation and that will add additional intellectual property and services that we can provide to our customers.***

The next part of the commissioning process was to bring the electrolyte virtual we call aqua preparation which is where we take the active material the oxide to sulfates and convert them into the electrolyte that we used to feed to our AquaRefining systems.

And similarly we looked outside of our own skill set and we looked to the leading players in the chemical industry to bring techniques and best practices from the specialty chemical industry to bare on that process and not only it is commission and running but we've actually achieved a fourfold reduction in the electrolyte volume that means we've reduced the volume of electrolyte that we need to operate by a factor of four which is pretty considerable and I believe it is a

19

remarkable testament to the hard work and effort of the technical and operations team in achieving that.

*\*\**

So I'll just talk about a few of those we've have simplified the design of the modules and reduce some of the components. We've made it fairly significant reduction in plate and voltage and the energy required with significant I'm talking in the 20%.

We've also been able to improve the range of operating parameters that AquaRefining modules can operate under which gives us a high degree of flexibility in operation. We've also made them more robust.

*\*\**

And this is where we start to change the game. This is where we start to make our highest quality product. It's also where we expect our highest margins. So if you look at the improvements we made - and we talked about in the previous slides, with all those improvements and upgrades, we now have five-nine battery processing capacity that we can utilize with the 16 AquaRefining modules that we plan for installation.

And we have the option of producing and selling lead components from AquaRefining feedstock, and we've done this. And as Tom will say shortly, that's where much of our revenue for the second quarter came from.

However, as you'll see in our numbers, the lead compounds have a low value in the less established market than lead alloys. And moving forward, our focus is really about the AquaRefined products and the licensing of AquaRefining equipment.

So it's all about AquaRefining but optimal product mix and profitability. We're focused on running all of our AquaRefining modules to the maximum benefit. And that means that we may choose to operate the overall facility with an output of less than 120 tons a day, but with maximized AquaRefining. And we're looking to change our product mix to a higher level of AquaRefining product.

(Emphasis added.)

48.     Later on during the call, Aqua Metals' CFO, Defendant Murphy disclosed that the $603,000 recognized in revenue consisted only of sales of plastic and lead compounds.

49.     On the release of the news, the stock price declined from a close of $10.87 per share of Aqua Metals stock on August 9, 2017, to a close of $8.31 per share on August 10, 2017, a drop of approximately 23.55%.

20

50.     On September 27, 2017, Aqua Metals filed a Form 8-K with the SEC announcing that, contrary to what was disclosed during the Q&A session of the FY 2016 Conf. Call, the Company had "commenced meetings" for the purposed of "furthering discussions" with JCI ("September 2017 Form 8-K"). The Form 8-K stated in relevant part:

> On February 7, 2017, we entered into an Equipment Supply Agreement with a wholly-owned indirect subsidiary of Johnson Controls International plc, or Johnson Controls, pursuant to which we agreed to collaborate on the development of a program for the installation of new greenfield builds and conversion of existing Johnson Controls' and certain strategic partners of Johnson Controls existing lead smelters to a lead recycling process utilizing our proprietary and patent-pending AquaRefining technology and equipment, knowhow and services.
>
> On September 15, 2017, Johnson Controls delivered to us written notice of the first Johnson Controls facility designated by it, on a preliminary basis, for conversion or retrofit. On September 25, 2017, we delivered to Johnson Controls written notice our readiness to commence discussions to convert or retrofit a Johnson Controls facility to be capable of using AquaRefining to produce lead.
>
> During the week of September 25, 2017, we commenced meetings with Johnson Controls for purposes of furthering the discussions concerning the conversion or retrofit of the initial Johnson Controls facility and the negotiation of the definitive Development Program Agreement pursuant to which we will provide to Johnson Controls, and certain strategic partners of Johnson Controls, by way of licensing or sale, AquaRefining technology and the related equipment, engineering and systems integration support sufficient to convert or retrofit existing smelter-based operations. Johnson Controls has reserved the right to definitively designate the initial facility upon the parties' execution of the definitive Development Program Agreement.

51.     On October 23, 2017, Aqua Metals issued a press release providing update on its operations ("October 2017 Press Release"). Contrary to what was disclosed during the Q2 2017 Conf. Call, the Company announced that four modules were in fact used to "determine the optimal operating parameters" and that the Company was only producing "small quantities" of lead. The press release stated in relevant part:

> ALAMEDA, Calif., Oct. 23, 2017 (GLOBE NEWSWIRE) -- Aqua Metals, Inc. (NASDAQ:AQMS), ("Aqua Metals" or the "Company"), which is proceeding to commercialize its proprietary electrochemical lead recycling technology called AquaRefining™, has provided the following update on operations at its McCarran, Nevada facility.

Aqua Metals continues to make progress on the world's first AquaRefining lead recycling facility. The Company now has a total of 15 AquaRefining modules on-site and in-place, with one to be shipped.

***Four modules are assembled, commissioned and are being used to determine the optimal operating parameters, including electrolyte pH, lead concentration, operating temperature, electrolyte flow rate and free acid levels.***

An additional four modules are close to being fully assembled and the balance of the modules are in the process of assembly. Accordingly, the Company expects to have all 16 modules installed and commissioned by the end of the year.

***The Company has produced small quantities of AquaRefined lead during the commissioning process.*** Ramp up of AquaRefined lead production is expected to continue through the fourth quarter of 2017 and into 2018 as modules are brought on-line and shifts are added.

An important part of the commissioning process is to operate the modules consistently at progressively higher electrical currents to determine the appropriate control parameters and operating procedures. Once completed these parameters and procedures can be replicated across all modules. During module commissioning, the Company also found that under certain conditions, the operators would need to periodically assist the lead removal. Several solutions have now been tested and the Company is evaluating which options are best for long term use.

(Emphasis added.)

52.     On the release of the news, the stock price declined from a close of $5.37 per share of Aqua Metals stock on October 20, 2017, to a close of $4.41 per share on October 23, 2017, a drop of approximately 17.9%.

53.     On November 9, 2017, after the market close, Aqua Metals issued a press release, also attached as exhibit 99.1 to the Form 8-K filed with the SEC announcing the Company's financial and operating result for the fiscal third quarter ended September 30, 2017 ("Q3 2017 Press Release"). For the quarter, the Company reported a net loss of $6.3 million, compared to a net loss of $3.5 million for the previous year's comparable quarter. Throughout the Q3 2017 Press Release, the Company disclosed that it was still overcoming "significant challenges" and reaffirmed that its four modules were "fully assembled but not yet in operation." The press release stated in relevant part:

ALAMEDA, Calif., November 9, 2017 – Aqua Metals, Inc. (NASDAQ: AQMS), ("Aqua Metals" or the "Company"), which is proceeding to commercialize its

22

proprietary electrochemical lead recycling technology called AquaRefining™, has provided a corporate update and announced results for the third quarter ended September 30, 2017.

Company Highlights

- The Company currently has a total of 16 AquaRefining modules on-site and in-place. Eight modules are in the final stages of on-site assembly. *Four modules are fully assembled but not yet in operation, and the remaining four modules are assembled and being used to determine the optimal operating parameters for all 16 modules.*

- The ingot production line has cast lead ingots, which will be sent to customers in the fourth quarter of 2017.

- The Company overcame significant challenges with breaking and separation, and has significantly increased the amount of throughput.

\*\*\*

**Management Commentary**

"During the third quarter, we made significant progress towards scaling operations at the world's first AquaRefining facility. We are currently in the process of transitioning to the production of lead ingots that are produced from battery grids and a small amount of AquaRefined lead," said Dr. Stephen Clarke, Chairman and CEO of Aqua Metals.

Clarke, continued: "Looking ahead, we still anticipate having all 16 AquaRefinery modules installed and operational by the end of the year and from there will transition them to continuous operation. Ramp up of AquaRefined lead production is expected to continue through the fourth quarter of 2017 and into 2018 as modules are brought on-line and shifts are added. We faced and overcame multiple challenges during the quarter, and should expect more as we work to scale production.

"Over the last several months, we have strengthened our management and technical team and refocused technology priorities. At this point we strongly believe that investing the resources to fully optimize the operating parameters for our process will better prepare us for both our own operations and the supply of AquaRefining equipment and services to 3rd parties. To that latter point, during the third quarter we commenced discussions regarding the supply of AquaRefining equipment, engineering and other services to support the addition of AquaRefining to a facility owned and operated by our strategic partner, Johnson Controls. We expect this aspect of our business to expand and drive shareholder value over the long term."

(Emphasis added.)

23

54. On the release of the news and over the course of three trading days, the stock price declined $0.79 from a close of $3.79 per share of Aqua Metals stock on November 9, 2017, to a close of $3.00 per share on November 14, 2017, a drop of approximately 20.8%.

55. As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's common shares, Plaintiff and other Class members have suffered significant losses and damages.

## PLAINTIFF'S CLASS ACTION ALLEGATIONS

56. Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired Aqua Metals common shares traded on the NASDAQ during the Class Period (the "Class"); and were damaged upon the revelation of the alleged corrective disclosures. Excluded from the Class are Defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

57. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Aqua Metals common shares were actively traded on the NASDAQ. While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by Aqua Metals or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

58. Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

59.     Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiff has no interests antagonistic to or in conflict with those of the Class.

60.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

- whether the federal securities laws were violated by Defendants' acts as alleged herein;

- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the financial condition, business, operations, and management of Aqua Metals;

- whether Defendants caused Aqua Metals to issue false and misleading financial statements during the Class Period;

- whether Defendants acted knowingly or recklessly in issuing false and misleading financial statements;

- whether the prices of Aqua Metals securities during the Class Period were artificially inflated because of Defendants' conduct complained of herein; and

- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

61.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

62.     Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

- the omissions and misrepresentations were material;

- Aqua Metals common shares are traded in efficient markets;

- the Company's shares were liquid and traded with moderate to heavy volume during the Class Period;

- the Company traded on the NASDAQ, and was covered by multiple analysts;

- the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's common shares; and

- Plaintiff and members of the Class purchased and/or sold Aqua Metals common shares between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

63.     Based upon the foregoing, Plaintiff and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

64.     Alternatively, Plaintiff and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

## COUNT I

### Violation of Section 10(b) of The Exchange Act and Rule 10b-5 Against All Defendants

65.     Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

66.     This Count is asserted against Aqua Metals and the Individual Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

67.     During the Class Period, Aqua Metals and the Individual Defendants, individually and in concert, directly or indirectly, disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

68.     Aqua Metals and the Individual Defendants violated §10(b) of the 1934 Act and Rule 10b-5 in that they:

- employed devices, schemes and artifices to defraud;
- made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or
- engaged in acts, practices and a course of business that operated as a fraud or deceit upon plaintiff and others similarly situated in connection with their purchases of Aqua Metals common shares during the Class Period.

69.     Aqua Metals and the Individual Defendants acted with scienter in that they knew that the public documents and statements issued or disseminated in the name of Aqua Metals were materially false and misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated, or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the securities laws. These Defendants by virtue of their receipt of information reflecting the true facts of Aqua Metals, their control over, and/or receipt and/or modification of Aqua Metals allegedly materially misleading statements, and/or their associations with the Company which made them privy to confidential proprietary information concerning Aqua Metals, participated in the fraudulent scheme alleged herein.

70.     Individual Defendants, who are the senior officers and/or directors of the Company, had actual knowledge of the material omissions and/or the falsity of the material statements set forth above, and intended to deceive Plaintiff and the other members of the Class, or, in the alternative, acted with

1
2
3

reckless disregard for the truth when they failed to ascertain and disclose the true facts in the statements made by them or other Aqua Metals personnel to members of the investing public, including Plaintiff and the Class.

4
5
6
7
8
9
10

71.     As a result of the foregoing, the market price of Aqua Metals common shares was artificially inflated during the Class Period.  In ignorance of the falsity of Aqua Metals' and the Individual Defendants' statements, Plaintiff and the other members of the Class relied on the statements described above and/or the integrity of the market price of Aqua Metals common shares during the Class Period in purchasing Aqua Metals common shares at prices that were artificially inflated as a result of Aqua Metals's and the Individual Defendants' false and misleading statements.

11
12
13
14
15
16

72.     Had Plaintiff and the other members of the Class been aware that the market price of Aqua Metals common shares had been artificially and falsely inflated by Aqua Metals' and the Individual Defendants' misleading statements and by the material adverse information which Aqua Metals's and the Individual Defendants did not disclose, they would not have purchased Aqua Metals' common shares at the artificially inflated prices that they did, or at all.

17
18
19

73.     As a result of the wrongful conduct alleged herein, Plaintiff and other members of the Class have suffered damages in an amount to be established at trial.

20
21
22
23

74.     By reason of the foregoing, Aqua Metals and the Individual Defendants have violated Section 10(b) of the 1934 Act and Rule 10b-5 promulgated thereunder and are liable to the plaintiff and the other members of the Class for substantial damages which they suffered in connection with their purchase of Aqua Metals common shares during the Class Period.

24
25

**COUNT II**

26

**<u>Violation of Section 20(a) of The Exchange Act Against The Individual Defendants</u>**

27
28

75.     Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

76.     During the Class Period, the Individual Defendants participated in the operation and management of Aqua Metals, and conducted and participated, directly and indirectly, in the conduct of Aqua Metals's business affairs. Because of their senior positions, they knew the adverse non-public information regarding the Company's inadequate internal safeguards in data security protocols.

77.     As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to Aqua Metals' financial condition and results of operations, and to correct promptly any public statements issued by Aqua Metals which had become materially false or misleading.

78.     Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which Aqua Metals disseminated in the marketplace during the Class Period. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause Aqua Metals to engage in the wrongful acts complained of herein. The Individual Defendants therefore, were "controlling persons" of Aqua Metals within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of Aqua Metals common shares.

79.     By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by Aqua Metals.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

A.     Determining that the instant action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiff as the Class representative;

B.     Requiring Defendants to pay damages sustained by Plaintiff and the Class by reason of the acts and transactions alleged herein;

C.      Awarding Plaintiff and the other members of the Class prejudgment and post- judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D.      Awarding such other and further relief as this Court may deem just and proper.

### DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury.

Dated: December 21, 2017

Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Telephone:  (818) 532-6499
E-mail: jpafiti@pomlaw.com

**POMERANTZ, LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:   (212) 661-8665
E-mail: jalieberman@pomlaw.com
E-mail: ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile:   (312) 377-1184
E-mail: pdahlstrom@pomlaw.com

**BRONSTEIN, GEWIRTZ**
**& GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile (212) 697-7296

30

Email:  peretz@bgandg.com

***Attorneys for Plaintiff***